# Exhibit C
# Cornershop's Response to Instacart's Cease and Desist

# Cornershop

July 14, 2020

Via E-mail

Morgan Fong
Maplebear Inc. dba Instacart
50 Beale Street, Suite 600
San Francisco, CA 94105
morgan@instacart.com

Re:     Response to Demand to Cease and Desist

Dear Mr. Fong:

Cornershop is in receipt of your letter dated July 13, 2020. Thank you for bringing this to Cornershop's attention as Cornershop takes matters like this very seriously. Although Cornershop denies the allegations in the letter regarding misappropriation, unfair competition and otherwise, Cornershop would prefer to move forward amicably. As a result, Cornershop has ceased the activities described in your letter and, accordingly, believes the matter has now been resolved. This letter should not be construed as an admission of wrongdoing and Cornershop reserves all rights and defenses. Should you have any questions, please direct all further correspondence on this matter to my attention.

Kind regards,

Robin Stenerson
General Counsel
Cornershop