AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Maplebear Inc. dba Instacart | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20cv240 |
| Cornershop Technologies, Inc.; Cornershop Technologies LLC; Delivery Technologies US, Inc.; Does 1-10 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cornershop Technologies, Inc.
Incorporating Services, Ltd.
3500 S. Dupont Highway
Dover, DE 19901
(302) 531-0855

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael E. Jones
110 North College
Suite 500
Tyler, Texas 75702
mikejones@potterminton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/16/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv240

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cornershop Technologies, Inc. C/O Incorporating Services, Ltd. was received by me on *(date)* Jul 17, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shante Phillips, who is designated by law to accept service of process on behalf of *(name of organization)* Cornershop Technologies, Inc. C/O Incorporating Services, Ltd. on *(date)* Fri, Jul 17 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/20/2020

_____
Server's signature

Angela Lee, Process Server
_____
Printed name and title

107 S. West St. Ste. 417, Alexandria, VA 22314
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 17, 2020, 2:06 pm EDT at 3500 S DUPONT HWY, DOVER, DE 19901 received by Shante Phillips. Age: 33; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Intake Manager ;

Attachments served with the Summons:

1. Complaint for Injunctive Relief and Money Damages
2. AO121 Trademark Form
3. Jury Demand
4. FRCP 7.1 Corporate Disclosure Statement
5. Motion for Preliminary Injunction
6. Motion for Expedited Discovery