**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>   *Plaintiff*,<br><br>v.<br><br>CORNERSHOP TECHNOLOGIES, INC., ET AL,<br><br>   *Defendants.* | Civil Action No. 2:20-cv-00240-JRG |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION (DKT. NO. 16) AND MOTION FOR
<u>EXPEDITED DISCOVERY (DKT. 17)</u>**

Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC and Delivery Technologies US, Inc. ("Defendants") hereby move for an extension of time to file responses to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 16) and Motion for Expedited Discovery (Dkt. 17). Defendants are requesting an additional one-week extension, up to and through August 21, 2020 to respond to both motions. Plaintiff has agreed to the requested extension.

Accordingly, Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC and Delivery Technologies US, Inc. respectfully request that the time to file responses to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 16) and Motion for Expedited Discovery (Dkt. 17) be extended up to and through August 21, 2020.

Dated: August 11, 2020

    Respectfully submitted,

    By: <u>*/s/ Melissa R. Smith*</u>
    Melissa R. Smith
    Bar No. 24001351
    GILLAM & SMITH LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    ***Attorneys for Defendants Cornershop Technologies, Inc. Cornershop Technologies LLC and Delivery Technologies US, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of August, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

    <u>*/s/ Melissa R. Smith*</u>
    Melissa R. Smith