# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MAPLEBEAR INC. DBA INSTACART, | § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:20-CV-00240-JRG |
| v. | § § § | |
| CORNERSHOP TECHNOLOGIES, INC., CORNERSHOP TECHNOLOGIES LLC, DELIVERY TECHNOLOGIES US, INC., DOES 1-10, | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Second Unopposed Motion for Extension of Time to File Responses to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 16) and Motion for Expedited Discovery (Dkt. No. 17) (the "Motion"). (Dkt. No. 25). In the Motion, Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC, Delivery Technologies US, Inc. (collectively, "Defendants") request an additional one-week extension of time up and through August 21, 2020 to file responses to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 16) and Motion for Expedited Discovery (Dkt. No. 17).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. The time for Defendants to respond to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 16) and Motion for Expedited Discovery (Dkt. No. 17) is extended one-week. Defendants are **ORDERED** to respond by or before August 21, 2020.

**So ORDERED and SIGNED this 14th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE