# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART, <br><br> Plaintiff, <br><br> v. <br><br> CORNERSHOP TECHNOLOGIES, INC.; CORNERSHOP TECHNOLOGIES LLC; DELIVERY TECHNOLOGIES US, INC.; DOES 1-10, <br><br> Defendants. | Case Action No. 2:20-cv-240 [JRG] |

## NOTICE OF SUPPLEMENTAL CERTIFICATE OF CONFERENCE AS TO PLAINTIFF MAPLEBEAR INC. dba INSTACART'S MOTION FOR EXPEDITED DISCOVERY [DKT. 17]

Plaintiff Maplebear Inc. dba Instacart hereby provides to the Court the following supplemental certificate of conference to its previously filed Motion for Expedited Discovery [Dkt. 17]:

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the conference required by Local Rule CV-7(h) was held with respect to Plaintiff Maplebear Inc. dba Instacart's ("Instacart") Motion for Expedited Discovery [DKT #17] on August 18, 2020. Counsel for Instacart, including Sharif E. Jacob and Michael E. Jones, conferred telephonically with counsel for Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC, Delivery Technologies US, Inc., and Does 1-10 (collectively, "Cornershop"), including Michael A. Jacobs and Melissa Smith. The parties expressed and compared their views with respect to the issues raised by this motion and engaged in a good faith discussion of the merits of their respective positions. Defendants are presently opposed to the relief sought by this motion.

Dated: August 20, 2020                           Respectfully submitted,

*/s/ Sharif E. Jacob*
SHARIF E. JACOB, Lead Attorney
DAVID SILBERT
SARAH SALOMON
NIALL ROBERTS
PUJA PARIKH
MAILE YEATS-ROWE
NICHOLAS GREEN
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
sjacob@keker.com
dsilbert@keker.com
ssalomon@keker.com
nroberts@keker.com
pparikh@keker.com
myeats-rowe@keker.com
ngreen@keker.com

MARK S. PUZELLA
ROBERT M. O'CONNELL, JR.
CAROLINE K. SIMONS
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone:  617-880-1800
Facsimile:  617-880-1801
mpuzella@orrick.com
robert.oconnell@orrick.com
csimons@orrick.com

MICHAEL E. JONES
SBN: 10929400
Patrick C. Clutter, IV
SBN: 24036374
**POTTER MINTON**
110 North College, Suite 500
Tyler, Texas 75702
Telephone:  903-597-8311
Facsimile:  903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

                                Attorneys for MAPLEBEAR INC. DBA INSTACART