IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>  *Plaintiff*,<br><br>v.<br><br>CORNERSHOP TECHNOLOGIES, INC., ET AL,<br><br>  *Defendants*. | Civil Action No. 2:20-cv-00240-JRG |

**ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS OR TRANSFER**

Before the Court is the Defendants' Motion to Dismiss or Transfer. The Court, having considered same, is of the opinion the motion should be GRANTED.

.