# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MAPLEBEAR INC. DBA INSTACART, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:20-CV-00240-JRG |
| v. | § § | |
| CORNERSHOP TECHNOLOGIES, INC., CORNERSHOP TECHNOLOGIES LLC, DELIVERY TECHNOLOGIES US, INC., DOES 1-10, | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiff Maplebear Inc. d/b/a Instacart's ("Instacart") Unopposed Motion to Withdraw its Motion for Expedited Discovery (the "Motion"). (Dkt. No. 39). In the Motion, Instacart requests to withdraw its Motion for Expedited Discovery (Dkt. No. 17).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Instacart's Motion for Expedited Discovery (Dkt. No. 17) be **WITHDRAWN**.

**So ORDERED and SIGNED this 8th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE