UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORNERSHOP TECHNOLOGIES, INC.;<br>CORNERSHOP TECHNOLOGIES LLC;<br>DELIVERY TECHNOLOGIES US, INC.;<br>DOES 1-10,<br><br>　　　　　　　　Defendants. | Case Action No. 2:20-cv-240 [JRG] |

## JOINT MOTION TO SUSPEND ALL DEADLINES

Plaintiff Maplebear Inc. dba Instacart ("Instacart") and Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC and Delivery Technologies US, Inc. ("Cornershop") hereby submit this Joint Motion to Suspend All Deadlines, pending transfer of this action to the Northern District of California.

On March 31, 2021, the Court granted Cornershop's Motion to Dismiss or Transfer. *See* Dkt. 163.  Pursuant to Local Rule CV-83(b), the Court may not transmit the case file for at least 21 days.  Under the Second Amended Docket Control Order (Dkt. 123) and F.R.C.P., certain filing dates and discovery deadlines are currently pending or set to expire before the end of the Local Rule CV-83(b) period.

Accordingly, the Parties jointly move this Court for an Order suspending all current deadlines until a new scheduling order is entered in the Northern District of California following transfer of this matter to that Court.

KEKER, VAN NEST & PETERS LLP

Dated: April 9, 2021

Respectfully submitted,

*/s/ Sharif E. Jacob*
SHARIF E. JACOB, Lead Attorney
DAVID SILBERT
NICHOLAS GOLDBERG
SARAH SALOMON
NIALL ROBERTS
PUJA PARIKH
MAILE YEATS-ROWE
NICHOLAS GREEN
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
sjacob@keker.com
dsilbert@keker.com
ngoldberg@keker.com
ssalomon@keker.com
nroberts@keker.com
pparikh@keker.com
myeats-rowe@keker.com
ngreen@keker.com

MARK S. PUZELLA
ROBERT M. O'CONNELL, JR.
CAROLINE K. SIMONS
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone: 617-880-1800
Facsimile: 617-880-1801
mpuzella@orrick.com
robert.oconnell@orrick.com
csimons@orrick.com

MICHAEL E. JONES
SBN: 10929400
Patrick C. Clutter, IV
SBN: 24036374
POTTER MINTON
110 North College, Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311

Facsimile:  903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

Attorneys for MAPLEBEAR INC. DBA INSTACART


By: /s/ *Michael A. Jacobs*

Michael A. Jacobs (CA SBN 111664)
(admitted in the Eastern District of Texas)
Richard S.J. Hung (CA SBN 197425)
(admitted in the Eastern District of Texas)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
MJacobs@mofo.com
RHung@mofo.com

Colette Reiner Mayer (CA SBN 263630)
(admitted in the Eastern District of Texas)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
CRMayer@mofo.com

John A. Polito (CA SBN 253195)
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
Email: john.polito@morganlewis.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

        Facsimile: (903) 934-9257
        melissa@gillamsmithlaw.com

        Attorneys for DEFENDANTS CORNERSHOP TECHNOLOGIES, INC., CORNERSHOP TECHNOLOGIES LLC AND DELIVERY TECHNOLOGIES US, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of April, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

        */s/ Melissa R. Smith*
        Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

        */s/ Melissa R. Smith*
        Melissa R. Smith