# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>                Plaintiff,<br><br>  v.<br><br>CORNERSHOP TECHNOLOGIES, INC.;<br>CORNERSHOP TECHNOLOGIES LLC;<br>DELIVERY TECHNOLOGIES US, INC.;<br>DOES 1-10,<br><br>                Defendants. | Civil Action No. 2:20-cv-00240-JRG |

## ORDER GRANTING JOINT MOTION TO SUSPEND ALL DEADLINES

      Before the Court is the parties' Joint Motion to Suspend All Deadlines. The Court, having considered same, is of the opinion the motion should be GRANTED.